THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. COTTRELL, Appellant, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Cottrell* v. *Waldo*, 151 App. Div. 889, affirmed.
(Argued June 8, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 17, 1912, which quashed a writ of certiorari and confirmed a determination of the defendant in dismissing the relator from the police force of the city of New York.

*Augustus Van Wyck, Meier Steinbrink* and *Edward J. McCrossin* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ. Absent: GRAY, J.